UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUN LIANG, on his own behalf and on behalf of others similarly situated,

                Plaintiff,

-against-

MASTER WOK, INC., et al.,

                Defendants.

**ORDER**

20-CV-03904 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 24, 2020, Plaintiff filed seven (7) affidavits of service indicating that all Defendants were served on July 21, 2020. (Docs. 14-20). There has been no activity on this docket since that date.

Accordingly, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by October 30, 2020.

Dated:   New York, New York
          October 19, 2020

PHILIP M. HALPERN
United States District Judge