**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
JUN LIANG,
*on his own behalf and on behalf of others similarly situated*   Case No. 1:20-cv-03904
                            Plaintiff,
                  v.    **[PROPOSED]**
MASTER WOK, INC.    **DEFAULT JUDGMENT**
   f/k/a Master Wok Kings Plaza, Inc.
   d/b/a Master Wok;
CRYSTAL RUN EXPRESS, INC.
   d/b/a Master Wok; and
FENG YAO,
KAI ZHANG YAO,
RU YAN YAO,
DONALD C. WONG, and
"JOHN" YAO,
                         Defendants.
------------------------------------------------------------------------x

       This action was commenced in the Southern District of New York on May 20, 2020, with the filing of the Complaint.

       The Summons to the Complaint was issued on May 21, 2020 and Defendants MASTER WOK, INC. f/k/a Master Wok Kings Plaza, Inc. d/b/a Master Wok; CRYSTAL RUN EXPRESS, INC. d/b/a Master Wok; and FENG YAO, KAI ZHANG YAO, RU YAN YAO, DONALD C. WONG, and "JOHN" YAO were served on July 21, 2020 with proofs of service filed on October 31, 2020.

       Plaintiffs filed a request for certificate of default against Defendants MASTER WOK, INC. f/k/a Master Wok Kings Plaza, Inc. d/b/a Master Wok; CRYSTAL RUN EXPRESS, INC. d/b/a Master Wok; and FENG YAO, KAI ZHANG YAO, RU YAN YAO, DONALD C. WONG, and "JOHN" YAO on November 25, 2020, which request was granted on November 30, 2020.

       On January 19, 2021, Hon. Judge Philip M. Halpern, Ordered Plaintiffs to move for Motion for Default Judgment against Defendants by February 12, 2021. On February 5, 2021, Plaintiff filed Motion to Affirm Service upon Defendants prior to moving for Motion for Default Judgement

against Defendants, which was terminated by Hon. Judge Philip M. Halpern and Ordered Plaintiff's to move for Default Judgment by February 19, 2021.

Now, on motion of Troy Law, PLLC, attorney for Plaintiff, it is hereby ORDER, ADJUDGED, and DECREED as follows:

That Plaintiff JUN LIANG has judgment jointly and severally against Defendants MASTER WOK, INC. f/k/a Master Wok Kings Plaza, Inc. d/b/a Master Wok; CRYSTAL RUN EXPRESS, INC. d/b/a Master Wok; and FENG YAO, KAI ZHANG YAO, RU YAN YAO, DONALD C. WONG, and "JOHN" YAO in the amount of $94,529.02, including compensatory damages, permissible liquidated damages and penalties for violations arising under the New York Labor Law, plus prejudgment interest pursuant to N.Y. C.P.L.R. § 5001, accruing at the nine percent (9%) per annum rate set forth in N.Y. C.P.L.R. § 5004 from November 1, 2016 to entry of judgment, in the amount of $14,292.93, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiff is entitled to recover $25,890.50 in legal fees and $1,327.89 in costs jointly and severally from Defendants, MASTER WOK, INC. f/k/a Master Wok Kings Plaza, Inc. d/b/a Master Wok; CRYSTAL RUN EXPRESS, INC. d/b/a Master Wok; and FENG YAO, KAI ZHANG YAO, RU YAN YAO, DONALD C. WONG, and "JOHN" YAO.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

IT IS SO ORDERED.

Dated: New York, NY

      _____ \_\_\_, 20\_

                                                  _____
                                                  Hon. Philip M. Halpern, U.S.D.J.