UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUN LIANG

                        Plaintiff,

v.

MASTER WOK, INC., et al.,

                        Defendants.
-----------------------------------------------------------X

**ORDER**

20-CV-03904 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared today for a telephone conference. After hearing from the parties, the Court ruled on the discovery disputes raised in the joint letter dated October 4, 2022 (Doc. 129) and Plaintiff's letter dated October 31, 2022 (Doc. 137). The Court overruled Plaintiff's objections (including attorney-client privilege, GPS privacy, and the fact that Defendants have copies of certain documents) to Defendants' demands. The Court denied Plaintiff's request for separate responses to interrogatories from each individual Defendant.

      For the reasons stated and as discussed on the record, the Court directed that Defendants produce within one week: (1) a list of employees of Master Wok, Inc.; (2) the proper name and domicile address of "John" Yao; (3) the full list of employee names and wages of Crystal Run Express Inc. going back six years; (4) the articles of incorporation and list of shareholders and officers of Crystal Run Express Inc.; and (5) all other documents Defendants previously agreed to be produced (*see* Doc. 129).

      The Court directed that Plaintiff produce: (1) all documents in his possession responsive to Defendants' document requests nos. 1-7, 16, and 19-21 within one week; (2) Plaintiff's retainer letter, with permission to redact privileged portions relating to litigation strategy; (3) conditional certification notice material.

Defendants shall make available for deposition Defendants Kai Zhang Yao, Ru Yan Yao, and "John" Yao, selecting dates therefor with Plaintiff's counsel this week. Plaintiff shall be deposed at Defendants' counsel's office on December 1, 2022 at 10:00 a.m.

The Court further directed the parties to meet and confer to coordinate the exchange of documents and scheduling of depositions. No further extensions to complete discovery will be granted beyond December 19, 2022.

**SO ORDERED.**

Dated: White Plains, New York
       October 31, 2022

_____
Philip M. Halpern
United States District Judge