# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 22, 2023

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re:   Joint Request for Two Week Extension to Submit Joint Fairness Letter with Executed Settlement Agreement**
> *Liang v. Master Wok, Inc.*, No. 20-cv-03904 (PKC) (RLM), (E.D.N.Y.)

Dear Judge Halpern:

    This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request for a two (2) week extension to submit the executed Joint Fairness with Settlement Agreement for Your Honor's judicial approval. This is the parties' first request for an enlargement in time and granting this request will not prejudice either party.

    The reason for the delay is that we are still finalizing the settlement agreement for execution.

    The parties thank the Court's kind consideration on this matter.

    We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,
TROY LAW, PLLC

*/s/ John Troy*
John Troy
*Attorney for Plaintiff*

---

Application granted. The parties shall file their *Cheeks* submission, including the settlement agreement, joint letter, and proposed order, by June 7, 2023. No further extensions will be granted.

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 160.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 23, 2023