> Application granted. The parties shall file their Cheeks submission, including the settlement agreement, joint letter, and proposed order, by June 8, 2023.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 162.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 8, 2023

# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT
Tel: (718) 762-1324   troylaw@troypllc.com   F
41-25 Kissena Boulevard, Suite 110, Flushi

June 7, 2023

**Via ECF**
Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  **Joint Request for One Day Extension to Submit Joint Fairness Letter with Executed Settlement Agreement**
*Liang v. Master Wok, Inc.*, No. 20-cv-03904 (PMH), (S.D.N.Y.)

Dear Judge Halpern:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes jointly with Defendants to request for a one (1) day extension to submit the executed Joint Fairness with Settlement Agreement for Your Honor's judicial approval. This is the parties' second request for an enlargement in time with Your Honor granting the first request and granting this request will not prejudice either party.

The reason for the delay is that defendant's counsel is wrapping up the signatures on their side with their clients and need to still notarize some of the papers of the settlement papers.

The parties apologize for the inconvenience that they have caused the court.

We thank the Court for its attention to and consideration of this matter.

        Respectfully submitted,
        TROY LAW, PLLC

        */s/ John Troy*
        John Troy
        *Attorney for Plaintiff*

cc:  via ECF
    all counsel of record
    *JT/gd*